

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

**MEMO ENDORSED**

LAW OFFICE OF

IZABEL OLSZOWA GARCIA

26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 855-4835  (646) 239-4330
FACSIMILE (718) 624-4748

July 7, 2008

Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Sierra v. City of New York, et al,
             08 CV 0507 (LBS)

Your Honor:

    I represent the plaintiff in the above referenced matter.  Plaintiff seeks leave to amend the complaint and join additional parties until July 31, 2008.  This is plaintiff's first request to extend the time to amend the complaint.  The attorney for defendant City, Assistant Corporation Counsel Joyce Campbell Priveterre, consents to this application.

    At the Initial Conference of this matter, plaintiff requested thirty (30) days to amend, however, additional time is necessary because all officers involved in the incident have not yet been identified.

                          Respectfully submitted,

                          Izabel Olszowa Garcia, Esq. (IG2844)

cc:    Via Facsimile
       Joyce Campbell Priveterre, Esq.
       Assistant Corporation Counsel
       The City of New York Law Department
       100 Church Street
       New York, NY 10007

*Granted on consent*
*So ordered*
*L. Sand, USDJ*
*7/9/08*

**MEMO ENDORSED**